

April 8, 2018

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21A
New York, New York 10007

**Re:** *Wisser v. The Points Guy, LLC*, 1:18-cv-02312 - NRB

Dear Judge Buchwald:

    I represent Plaintiff, William Wisser in the above-referenced action. I respectfully submit this letter on behalf of Plaintiff and with the express authority and direction of Defendant, in accordance with Rule 2 of Your Honor's Individual Practice Rules, to request that Defendant be provided a one-month extension of time to answer, move or otherwise plead in response to Plaintiff's Complaint dated March 15, 2018.

    Pursuant to Rule 1E, we respectfully request the extension as follows:

1. Defendant's response to the Complaint currently is due on April 9, 2018.
2. Plaintiff and Defendant request this extension in good faith so that Defendant may further investigate the allegations in the complaint and retain local counsel. Plaintiff and Defendant also intend to use the additional time to engage in settlement discussions.
3. There have been no previous requests for adjournment or extension of the time for Defendants' response.
4. The parties jointly request this extension.
5. This extension does not affect any other previously scheduled dates set by the Court.

    Accordingly, Defendants respectfully request that the Court enter an Order extending the time in which Defendants must serve their answer or motion or otherwise plead in response to the Complaint through and including May 9, 2018.

    Thank you for your attention and consideration of this matter.

                                                     Respectfully submitted,

                                                     /s/Joe Dunne
                                                     Joe Dunne

cc: Counsel of Record (via ECF)

