UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM WISSER<br><br>             Plaintiff,<br><br>v.<br><br>THE POINTS GUY, LLC.<br><br>             Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:18-cv-02312 (NRB) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff William Wisser, by and through his undersigned counsel, hereby gives notice that the parties have reached an amicable resolution and the above-captioned action is voluntarily dismissed, with prejudice, against Defendant The Points Guy, LLC., each party to bear its own costs, expenses and attorney's fees.

Dated: May 14, 2018
Valley Stream, New York

                                                  LIEBOWITZ LAW FIRM, PLLC

                                                  By: /s/ Joseph A. Dunne
                                                      Joseph Dunne
                                                 11 Sunrise Plaza, Suite 305
                                                 Valley Stream, New York 11580
                                                 Telephone: (516) 233-1660
                                                 JD@LiebowitzLawFirm.com
                                                 *Attorneys for Plaintiff*

    SO ORDERED:

                                                   _____
                                                   Hon. Naomi Reice Buchwald